JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DWAYNE BROWN, <br><br> Plaintiff, <br><br> v. <br><br> LOS ANGELES SHERIFF DEPARTMENT, et al., <br><br> Defendants. | Case No. CV 15-0483 FMO (JEM) <br><br><br> **JUDGMENT** |

Pursuant to the Court's Order Re: Motion for Summary Judgment, IT IS ADJUDGED THAT the above-captioned action is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 29th day of March, 2021.

/s/
Fernando M. Olguin
United States District Judge